UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JIANKAI ZHU<br><br>    Petitioner,<br><br>    v.<br><br>PAMELA BONDI, *et al.*,<br><br>    Respondents. | Civil Action No. 26-3289 (MAS)<br><br>**ORDER** |

This matter comes before the court on Petitioner's habeas petition through which he sought to challenge his ongoing immigration detention pending his removal from the United States. (ECF No. 1.) On June 18, 2026, the Government submitted a letter informing the Court that Petitioner had been removed from the United States. (ECF No. 9.) That letter was accompanied by a copy of the DHS warrant for Petitioner's removal demonstrating that Petitioner was removed pursuant to his final removal order via an airplane on June 8, 2026. (ECF No. 9-1.) It is thus clear that Petitioner is no longer in custody insomuch as he has been removed from the United States. Petitioner's habeas petition is therefore now moot, *see, e.g., Lindaastuty v. Att'y Gen.*, 186 F. App'x 294, 298 (3d Cir. 2006), and must be dismissed without prejudice as such.

IT IS THEREFORE on this 25th day of June, 2026, **ORDERED** that:

1. Petitioner's habeas petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** as moot in light of Petitioner's removal from the United States; and

2.  The Clerk of the Court shall serve a copy of this Order upon the parties electronically, and shall **CLOSE** the file.

_____
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE